# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| LISA B. ROBERTS, as Trustee for the<br>James A. Breazeale 2002 Insurance Trust, and<br>JAMES A. BREAZEALE, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 2:09-cv-02304 |
| v. | ) | |
| | ) | |
| GENERAL AMERICAN LIFE INSURANCE<br>COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 83.8, Lisa B. Roberts, as Trustee for the James A. Breazeale 2002 Insurance Trust, James A. Breazeale, and General American Life Insurance Company (collectively, "the Parties") hereby notify the Court that the Parties have agreed to terms of settlement of the matter before this Court. The Parties are in the process of finalizing and documenting the agreement, and upon entering into the final settlement agreement, the Parties will file with the Court a Stipulation of Dismissal.

In the interim, the Parties jointly request that the Court suspend all pending deadlines, including the deadline to submit a proposed scheduling order on July 28, 2009.

Respectfully Submitted,

By:/s/ Annie T. Christoff
John C. Speer (BPR #7969)
Clarence A. Wilbon (BPR #23378)
Annie T. Christoff (BPR #26241)

BASS, BERRY & SIMS PLC
100 Peabody Place, Suite 900
Memphis, Tennessee 38103-3672
Telephone: (901) 543-5900
Facsimile: (901) 543-5999

*Attorneys for Defendant,*
*General American Life Insurance Company*


By:/s/ Taylor A. Cates
Taylor A. Cates (BPR #20006)
Leah Lloyd Hillis (BPR # 24573)
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, Tennessee  38103
Telephone:     (901) 524-5000

*Attorneys for Plaintiffs,*
*Lisa B. Roberts, as Trustee for the James A.*
*Breazeale 2002 Insurance Trust, and James A.*
*Breazeale*


## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties receiving electronic notice.


/s/ Annie T. Christoff
Annie T. Christoff


2

7974019.1