**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

| | | |
|---|---|---|
| **LISA B. ROBERTS, as Trustee for the James A. Breazeale 2002 Insurance Trust, and JAMES A. BREAZEALE,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | **No. 2:09-cv-02304** |
| **v.** | ) ) | |
| **GENERAL AMERICAN LIFE INSURANCE COMPANY,** | ) ) ) | |
| **Defendant.** | ) | |

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiffs, Lisa B. Roberts, as Trustee for the James A. Breazeale 2002 Insurance Trust, and James A. Breazeale, and Defendant, General American Life Insurance Company, hereby notify the Court, pursuant to the Notice of Settlement filed by the Parties on July 28, 2009 (Doc. 7), that the Parties have entered into a final agreement in settlement of this matter, with Defendant to bear all court costs.  Accordingly, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs and Defendant hereby stipulate to the dismissal of this action with prejudice and move the Court for an Order of Dismissal with Prejudice.

Respectfully Submitted,


By:  /s/ Annie T. Christoff
John C. Speer (BPR #7969)
Clarence A. Wilbon (BPR #23378)
Annie T. Christoff (BPR #26241)
BASS, BERRY & SIMS PLC
100 Peabody Place, Suite 900
Memphis, Tennessee 38103-3672
Telephone:      (901) 543-5900
Facsimile:      (901) 543-5999

*Attorneys for Defendant,*
*General American Life Insurance Company*


By:  /s/ Taylor A. Cates
Taylor A. Cates (BPR #20006)
Leah Lloyd Hillis (BPR #24573)
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, Tennessee 38103
Telephone:      (901) 524-5000

*Attorneys for Plaintiffs,*
*Lisa B. Roberts, as Trustee for the James A.*
*Breazeale 2002 Insurance Trust, and James A.*
*Breazeale*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2009, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

/s/ Annie T. Christoff
Annie T. Christoff
