IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

LISA B. ROBERTS, as Trustee for the
James B. Breazeale 2002 Insurance
Trust and,
JAMES B. BREAZEALE,

    Plaintiff,

VS.          NO. 2:09cv2304

GENERAL AMERICAN LIFE INSURANCE
COMPANY,

    Defendants.

---

ORDER OF DISMISSAL

---

    The defendant has submitted a Stipulation of Dismissal with Prejudice in this matter indicating that this matter may be dismissed.  This case is therefore DISMISSED WITH PREJUDICE.

    It is so ORDERED this 16th day of October, 2009.

                                  s/Charmiane G. Claxton
                                  UNITED STATES MAGISTRATE JUDGE