UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

| | |
|---|---|
| LISA B. ROBERTS, as trustee for the James A. Breazeale 2002 2002 Insurance Trust, and JAMES A. BREAZEALE, | JUDGMENT IN A CIVIL CASE |
| v. | |
| GENERAL AMERICAN LIFE INSURANCE COMPANY, | CASE NO: 2:09cv2304 |

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Stipulation of Dismissal with Prejudice entered on September 4, 2009, this cause is hereby dismissed with prejudice.

APPROVED:


s/Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

October 16, 2009                    THOMAS M. GOULD
Date                               Clerk of Court


                                   s/Chris Sowell
                                   (By)  Deputy Clerk